# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DARLENE BROWN-SMITH and MICHAEL SMITH,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE: 7:08-cv-01319-LSC |
| ) | |
| **BAYROCK MORTGAGE COPERATION, 1ST CONTINENTAL MORTGAGE, INC., and PLESKA & DOUGLAS, LLC,** ) ) ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendants.** ) | |

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
---

Plaintiffs request that entry of judgment by default be entered against defendant, 1st Continental Mortgage, Inc. pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiffs rely upon the record in this case and the affidavit submitted herein.

Dated this 6th day of August, 2009

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiffs
21 South Section St.
Fairhope, Alabama 36532
Telephone: 251.990.5558
Facsimile: 251.990.0626
E-mail: epunderwood@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on August 6th 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Douglas  
Pleska and Douglas LLC  
900 Circle 75 Parkway Se Ste 210  
Atlanta GA 30339  

Kenneth J. Riemer  
Attorney at Law  
P.O. Box 1206  
166 Government St.  
Mobile AL 36633  

Bayrock Mortgage Corp.  
11575 Great Oaks Way, Ste. 300  
Alpharetta GA 30022  

                                              /s/ Earl P. Underwood, Jr.  
                                              Earl P. Underwood, Jr.