IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| DARLENE BROWN-SMITH and MICHAEL SMITH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CASE: 7:08-cv-01319-LSC |
| BAYROCK MORTGAGE COPERATION, 1ST CONTINENTAL MORTGAGE, INC., and PLESKA & DOUGLAS, LLC, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT

I, Earl P. Underwood, Jr., being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. Defendant was served with a copy of the summons and complaint on July 26, 2008, as reflected on the docket sheet by the proof of service filed on July 28, 2008.

3. An answer to the complaint was due on August 15, 2008. No response was served within the time allowed by law nor has the defendant sought additional time within which to respond.

4. The default of defendant was entered on April 7, 2009 (Doc. 32).

5. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the defendant is not currently in active military service.

6. To my best information and belief, defendant is a corporation and not an infant or incompetent person.

7. The claim of the plaintiffs is for: Violation of 12 U.S.C 2601, *et seq.*

Plaintiffs alleged that the fees collected by 1st Continental were unearned and totaled $11,159.64. Pursuant to 12 U.S.C. 2607 (d)(2) plaintiffs are entitled to three times the disputed fees or $33,478.92.

Plaintiffs request that the clerk of court enter default against the defendant.

_____
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Plaintiffs
21 South Section St.
Fairhope, Alabama 36532
Telephone: 251.990.5558
Facsimile: 251.990.0626
E-mail: epunderwood@gmail.com

Sworn to and subscribed before
me this 6th day of August, 2009.

_____
Notary Public

My Commission Expires: August 1, 2012