FILED
2009 Aug-06  PM 05:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| **DARLENE BROWN-SMITH and MICHAEL SMITH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE:  7:08-cv-01319-LSC** |
| | ) | |
| **BAYROCK MORTGAGE COPERATION,** | ) | |
| **1ST CONTINENTAL MORTGAGE, INC., and** | ) | |
| **PLESKA & DOUGLAS, LLC,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

---

### DEFAULT JUDGMENT

---

The defendant, 1st Continental Mortgage, Inc., having failed to appear, plead or otherwise defend in this action, and default having been entered on April 7, 2009 (Doc. 32), and counsel for plaintiffs having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiffs, Frederick Joiner and Eleanor Joiner and against defendant,  1st Continental Mortgage, Inc.,  for three thousand four hundred seventy-eight dollars and ninety-two cents ($33,478.92) plus interest on the judgment at the legal rate until the judgment is satisfied.

_____
Clerk of Court