UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DARLENE BROWN-SMITH and MICHAEL SMITH, ] ] ] Plaintiffs, ] ] vs. ] ] BAYROCK MOTGAGE CORPORATION, ] 1ST CONTINENTAL MORTGAGE, INC., ] and PLESKA & DOUGLAS, L.L.C., ] ] ] Defendants. ] | 7:08-CV-01319-LSC |

ORDER

Plaintiffs have consented to dismiss Defendant Pleska & Douglas, L.L.C. with prejudice.  Therefore, this party is DISMISSED with prejudice.  Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order.  The claims and causes of action against other parties are not affected by this order.  Costs are taxed as paid.

Done this 27th day of August 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE