UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DARLENE BROWN-SMITH and MICHAEL SMITH, | ] ] |
| Plaintiffs, | ] |
| vs. | ] 7:08-CV-01319-LSC |
| BAYROCK MOTGAGE CORPORATION, 1ST CONTINENTAL MORTGAGE, INC., and PLESKA & DOUGLAS, L.L.C., | ] ] ] |
| Defendants. | ] |

ORDER

Plaintiffs have moved to dismiss the remaining parties to this action without prejudice.  (Docs. 42 & 43)  Therefore, these parties are DISMISSED without prejudice and this matter closed.  Costs are taxed as paid.

Done this <u>17th</u> day of February 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE